**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

B.G., a minor, by and through his parent
and next friend, L.G.; and J.A., a minor,
by and through his parent and next friend, S.A.,

    Plaintiffs,

v.                                                        No. 1:14-CV-01047 KBM/SCY

RATON PUBLIC SCHOOLS,
DAVID WILDEN, in his individual and official capacities,
PAUL MALANO, in his individual and official capacities,
GILBERT SAN ROMAN, in his individual capacity,
ALBERT ORTIZ, in his individual capacity,
JUSTIN MALANO, in his individual capacity,

    Defendants.

**ORDER GRANTING
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN**

THIS MATTER comes before the Court on Defendants' *Unopposed Motion for Extension of Time to File Joint Status Report and Provisional Discovery Plan* [Doc. 15], the Court having considered the Motion in this matter, and being otherwise advised, FINDS and

IT IS THEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The *Unopposed Motion for Extension of Time to File Joint Status Report and Provisional Discovery Plan* is granted.

2. Plaintiffs will have until March 9, 2015 to file the Joint Status Report and Provisional Discovery Plan herein.

/s/ Steven C. Yarbrough
UNITED STATES MAGISTRATE JUDGE

Submitted:

CUDDY & McCARTHY, LLP

By: *Electronically submitted March 3, 2015*
JOHN F. KENNEDY
Post Office Box 4160
Santa Fe, New Mexico  87502-4160
(505) 988-4476
*Attorneys for Defendants*


Approved as to form:

ROTHSTEIN, DONATELLI, HUGHES, DAHLSTROM, SCHOENBURG & BIENVENU, LLP

By: *Approved by email on March 3, 2015*
CAROLYN M. "CAMMIE" NICHOLS
500 4th Street NW, Suite 400
Albuquerque, NM  87102
*Attorneys for Plaintiffs*